UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTHONY MINGO

S1   06 Cr 1155 (CLB)

ORDER ACCEPTING PLEA ALLOCUTION

_____

BRIEANT, J.

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, May 04, 2007 is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: May 25, 2007

SO ORDERED:

_____
CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE